DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ANTONIO JERMAINE WATSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-1134

_____

December 1, 2023

Appeal from the Circuit Court for Hillsborough County; Michelle D. Sisco, Judge.

Antonio Jermaine Watson, pro se.

Ashley Moody, Attorney General, Tallahassee, and Allison C. Heim, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

    Affirmed.

KHOUZAM, LUCAS, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.